IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALEXANDRE DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>LIEUTENANT VALDEZ, COMMANDER LESTER, CORRECTIONAL OFFICER CHANDLER,<br><br>    Defendants. | CV 23-58-BLG-SPW-TJC<br><br>ORDER |

On May 7, 2025, this Court ordered that a settlement conference be held in this matter pursuant to the parties' requests. (Doc. 113.) A telephonic settlement conference is currently scheduled for June 13, 2025. Plaintiff Davis has again requested that the Court order alternative dispute resolution in this matter and asks that he be granted leave to renew his prior motion for summary judgment. (Doc. 115.) As Davis is incarcerated at FCI Florence, is possible that he mailed the present motion prior to receiving notice that a settlement conference had been scheduled.

Davis has also requested that this Court reconsider its prior order dismissing Nurse Misty from this matter, *see* (Doc. 108), and also intervene in materials purportedly being taken from him by Bureau of Prison authorities. (Doc. 110).

1

In light of the upcoming settlement conference, IT IS HEREBY ORDERED that Davis's pending motions (Docs. 108, 110, and 115) are DENIED as moot. If appropriate, he may renew motions following the conclusion of the settlement conference.

Dated this 27th day of May, 2025.

*Susan P. Watters*
Susan P. Watters
United States District Judge